WILLIAM H. PURVIN, Respondent, v. HAROLD N. GREY, Appellant.— Order denying defendant's motion for a change of venue from Kings County to New York County affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL UNTERMYER et al., as Executors of and Trustees under the Will of SAMUEL UNTERMYER, Deceased, et al., Appellants, against ARTHUR J. McGREGOR, as Acting Commissioner of Assessment and Taxation of the City of Yonkers, Respondent. (1942 Assessment Proceeding No. 1.) [847, 919, 967 No. Broadway — 847, 848, 919, 920 Warburton Ave.— 1, 32 Water Grant.] THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL UNTERMYER PARK & GARDENS, a Charitable Membership Corporation, Appellant, against ARTHUR J. McGREGOR, as Acting Commissioner of Assessment and Taxation of the City of Yonkers, Respondent. (1943 Assessment Proceeding No. 2.) [847, 919, 967 No. Broadway — 847, 848, 919, 920 Warburton Ave.— 1, 32 Water Grant.] — Proceedings to review the action of the respondent in refusing to exempt certain real property from taxation for the years 1942 and 1943. Appeal from an order and decree (one paper) dated August 29, 1944, which denied the motion of appellants to confirm the report of the Official Referee dated February 9, 1944, and dismissed the proceedings. Order and decree affirmed, without costs. No opinion. Close, P. J., Hagarty, Adel and Aldrich, JJ., concur; Carswell, J., concurs as to proceeding No. 1, but dissents as to proceeding No. 2, and as to that proceeding votes to reverse the order and decree and to grant the motion to confirm the report and findings of the Official Referee. [183 Misc. 218.] [See post, p. 851.]